UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES T. MARSHALL, | ) |
| v. | ) C.A. No. 04-10268-MLW |
| UNITED STATES OF AMERICA, | ) |

ORDER

WOLF, D.J.                                                June 18, 2004

Pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the Clerk of the court is hereby ORDERED to serve a copy of the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody upon the office of the United States Attorney.

It is further ORDERED that the respondent shall, within twenty (20) days of receipt of this Order, file an answer or other proper responsive pleading to the Motion to Vacate, Set Aside or Correct Sentence.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE