UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
JAMES T. MARSHALL            )
     Petitioner,             )
                             )
     v.                      )     C.A. No. 04-10268-MLW
                             )
UNITED STATES OF AMERICA,    )
     Respondent.
```

ORDER

WOLF, D.J.                                     September 1, 2004

On February 3, 2004, the petitioner filed a motion pursuant to 28 U.S.C. §2255 to vacate, set aside, or correct his sentence. On July 6, 2004, the respondent filed an Opposition (Docket No. 3). The Opposition argued that the petitioner's §2255 motion was "second or successive" under 28 U.S.C. §2244 and that, absent an order from the Court of Appeals, this court lacked jurisdiction to consider the motion. The petitioner did not file a response.

As noted by the respondent, the petitioner filed a motion pursuant to 28 U.S.C. §2255 on April 23, 1997. See Marshall v. United States, 97-10938-MLW. This court entered a 21-page Memorandum and Order denying the petitioner's motion on its merits on June 7, 2004. The Court of Appeals subsequently affirmed this decision. See Marshall v. United States, 18 Fed.Appx. 15 (1st Cir. 2001). Therefore, the current §2255 motion is a second or successive petition, and the petitioner has not obtained a certificate permitting the filing of this petition from the Court of Appeals.

Accordingly, it is hereby ORDERED that petitioner's Motion pursuant to §2255 (Docket No. 1) is DENIED.

                                                  /s/ Mark L. Wolf  
                                       UNITED STATES DISTRICT JUDGE